IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hulett, Sabrina Loretta | Case Number:  05 B 43533 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  10/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 29, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 68,284.80 | |
| Secured: | | 63,070.44 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,638.50 |
| Trustee Fee: | | 3,575.86 |
| Other Funds: | | 0.00 |
| Totals: | 68,284.80 | 68,284.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,638.50 | 1,638.50 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | United Mortgage & Loan Investment Corp | Secured | 5,760.34 | 0.00 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 5. | National City Bank | Secured | 83,213.81 | 59,849.90 |
| 6. | National City Bank | Secured | 23,079.42 | 1,722.71 |
| 7. | Citi Residential Lending Inc | Secured | 18,990.42 | 388.90 |
| 8. | Americredit Financial Ser Inc | Secured | 16,795.86 | 1,108.93 |
| 9. | Americredit Financial Ser Inc | Unsecured | 13,817.28 | 0.00 |
| 10. | HSBC Taxpayer Financial Services | Unsecured | 2,353.88 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 380.08 | 0.00 |
| 12. | CB USA | Unsecured | 146.45 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 717.05 | 0.00 |
| 14. | Illinois Bell Telephone | Unsecured | 3,815.23 | 0.00 |
| 15. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 17. | Premier Bankcard | Unsecured | | No Claim Filed |
| 18. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 170,708.32 | $ 64,708.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,044.15 |
| 5% | 435.00 |
| 4.8% | 765.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hulett, Sabrina Loretta | Case Number: 05 B 43533 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 10/4/05 |

          5.4%     1,331.10
               _____
               $ 3,575.86

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

              Marilyn O. Marshall, Trustee, by:

              _____